# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEVEN A. WALCOTT JR.

NO. 2024 KW 0802

**NOVEMBER 4, 2024**

---

In Re:   On motion of Steven A. Walcott Jr., to dismiss, 32nd Judicial District Court, Parish of Terrebonne, Nos. 728672, 685155.

---

**BEFORE:   McCLENDON, WELCH,AND LANIER, JJ.**

**MOTION TO DISMISS WRIT APPLICATION GRANTED.**

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT